NUMBER 13-06-00502-CR


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG



IN RE FRANK D. CHISHOLM, RELATOR



On Petition for Writ of Mandamus



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Castillo

Memorandum Opinion by Justice Hinojosa

 Relator, Frank D. Chisholm, an inmate presently incarcerated at the Pack Unit of the
Texas Department of Criminal Justice-Institutional Division at Navasota, Texas, has filed
a petition for a writ of mandamus asking this Court to compel the District Clerk of Calhoun
County to serve him with Indictment No. 2002-08-5801. We conclude, however, that we
do not have jurisdiction to mandamus a district clerk. See Tex. Gov't Code Ann. §
22.221(b) (Vernon 2004) (governing the scope of the mandamus power of a court of
appeals); In re Washington, 7 S.W.3d 181, 182 (Tex. App.-Houston [1st Dist.] 1999, orig.
proceeding); In re Coronado, 980 S.W.2d 691, 692 (Tex. App.--San Antonio 1998, orig.
proceeding) (court of appeals has no jurisdiction to issue a writ of mandamus against a
district clerk unless such is necessary to enforce its jurisdiction); see also Tex. Gov't Code
Ann. § 24.011 (Vernon 2004) (governing the scope of the mandamus power of a district
court).

 Accordingly, we dismiss relator's petition for want of jurisdiction. 


 FEDERICO G. HINOJOSA

 Justice


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 15th day of September, 2006.